# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Luis Miguel ZAVALA-Villacana (MX) 1985

United States District Court
Southern District of Texas
FILED

JUN 0 3 2015

, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15-0889-M

I, Antonio Perez IV, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __June 1, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

being an alien who is illegally or unlawfully in the United States who knowingly and intentionally possess in or affecting commerce, any firearm or ammunition; which has been shipped or transported in interstate or foreign commerce.

in violation of Title __18__ United States Code, Section(s) __922 (g) (5)__.

I further state that I am a(n) __HSI Special Agent__ And that this complaint is based on the following facts:
Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes   ☐ No

Approved by: Leo J. Leo, III
AUSA

__/s/__
Signature of Complainant

Antonio Perez
Printed Name of Complainant

Sworn to before me and signed in my presence,

__June 3, 2015__ at __McAllen, Texas__
Date                                                    City and State

U.S. Magistrate Judge Dorina Ramos                      __Dorina Ramos__
Name and Title of Judicial Officer                      Signature of Judicial Officer

**Attachment "A"**

On June 1, 2015, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a call from the Pharr, Texas Police Department (PPD). PPD Officer J. Tamez advised HSI McAllen that Luis Miguel ZAVALA-Villacana, a Mexican citizen, was encountered with a GSG-5 .22 caliber semi-automatic rifle (serial number A30036) in Pharr, Texas. PPD also located two .22 caliber magazines and 112 rounds of .22 caliber ammunition. The firearm was manufactured outside the State of Texas.

On June 1, 2015, HSI McAllen SA A. Perez and PPD Officer J. Tamez conducted an interview with ZAVALA. Special Agent SA A. Perez read QUINTANILLA his Miranda rights as witnessed by PPD Officer J. Tamez. ZAVALA stated he understood his rights and voluntarily waived them in writing. ZAVALA made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

ZAVALA stated he received the weapon, magazines and ammunition earlier that day from a person he only knew as "Ramiro" in Pharr, Texas. ZAVALA claimed "Ramiro" owed him money. ZAVALA stated "Ramiro" gave him the rifle as a form of collateral. ZAVALA stated he was residing illegally in the United States. ZAVALA further stated that as an illegal alien he knew he was prohibited from possessing the firearm and ammunition.